473 A.2d 675

Com. ex rel. Wolfe v. Wolfe, Appellant.

Argued November 3, 1983. Allen H. Krause, for appellant; Loren A. Schrum, for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order affirmed.